8938/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Unithai Maritime Limited Plaintiff, - against - CPM Corporation Defendant. | 07 Civ. 3155 **RULE 7.1 STATEMENT** |
|---|---|

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for plaintiff, certify upon information and belief that plaintiff is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       April 19, 2007

Respectfully submitted,
CICHANOWICZ, CALLAN, KEANE,
 VENGROW & TEXTOR, LLP
Attorneys for Plaintiff

By: _____
    Randolph H. Donatelli (RHD/5359)
    61 Broadway, Suite 3000
    New York, New York 10006
    (212) 344-7042