CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Unithai Maritime Limited<br><br>                                    Plaintiff,<br><br>           - against -<br><br>CPM Corporation and Vastest<br>International Limited<br><br>                                    Defendants. | 07 Civ. 03155 (DC)<br><br>**SECOND DECLARATION<br>PURSUANT LOCAL<br>ADMIRALTY RULE B.1** |

*ORIGINAL*

1.  I am an attorney at law admitted to practice before this Court and I am a member of the firm of Cichanowicz Callan Keane Vengrow & Textor, LLP, attorneys for plaintiff in the within matter.

2.  The first declaration I gave in this matter was the Local Admiralty Rule B.1 declaration with respect to defendant CPM Corporation.

3.  I make this declaration on personal knowledge in support of plaintiff's application for issuance of process of maritime attachment and garnishment pursuant to Supplemental Admiralty Rule B(1) with respect to defendant Vasteast International Limited.

4.  To my knowledge, and on information and belief, defendant Vasteast International Limited cannot be found within this district.

    (a)  On May 16, 2007, I caused a search to be made of the records of the New York Secretary of State and found that no corporation with Vasteast

International Limited's name is incorporated in or registered to do business in New York State.

(b) On May 16, 2007, I caused an inquiry to be made with Verizon Nationwide 411 to determine if any business by Vasteast International Limited's name is listed in its business directory for the area codes encompassing the counties which comprise the Southern District of New York: Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan and Westchester, and Verizon advised that it has no such listing.

(c) Also on May 16, 2007, I caused searches to be conducted on the internet's Google search engine for and could find no information about such a company being located in New York State or having a person or party in this state or this district authorized to receive service of process on its behalf.

5. As a result of the foregoing, I certify that I have made a diligent search to ascertain the name and address of a person or party upon whom process could be served in this district for Vasteast International Limited, but can find no such person or party.

6. This is plaintiff's first request for this relief made to this court with respect to defendant Vasteast International Limited.

WHEREFORE, plaintiff asks that process of maritime attachment and garnishment issue, as requested, against Vasteast International Limited's tangible or intangible personal property in this district in the hands of garnishees to be named in the process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2007.

_____
Randolph H. Donatelli