UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITHAI MARITIME LIMITED,           :
                                    :
                Plaintiff,          :      **ORDER**
                                    :
        - against -                 :      07 Civ. 3155 (DC)
                                    :
CPM CORPORATION,                    :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

      Plaintiff commenced this action on April 19, 2007, by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendant. Accordingly, this action will be dismissed without prejudice unless plaintiff, within thirty days from the date of this order, that is, on or before October 17, 2007, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated:  New York, New York
        September 17, 2007

                                        DENNY CHIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07