

June 01, 2007

Randolph Donatelli
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway
Suite 3000
New York, New York 10006

Dear Mr. Donatelli:

Re:  Writ of Maritime Attachment and Garnishment
     Against CPM Corp
     Court Index No. 07 CV 03155

This will confirm our telephone conversation today where we advised you HSBC Bank USA, N.A. has captured a wire payment for the benefit of CPM Corporation Limited in response to the captioned Writ of Maritime Attachment and Garnishment. You directed HSBC Bank USA, N.A. to hold this payment. The payment in the amount of $59,111.73 is being held until further notice from you.

If I can be of further assistance, please contact me at (716) 841-2639.

Sincerely,

John Cyna
Legal Assistant
Legal Processing Department

HSBC Bank USA, National Association
P.O. Box 1145, Buffalo, NY 14240